**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:　　　Osa Alohaneke v. The State of Texas

Appellate case number:　　01-18-00102-CR

Trial court case number:　　15-DCR-069234

Trial court:　　　　　　　400th District Court of Fort Bend County

A jury convicted appellant, Osa Alohaneke, of the felony offense of murder and assessed his punishment at confinement for forty years.  Appellant's brief initially was due on April 27, 2018.  After we granted two motions for extension, appellant's brief was due to be filed on August 6, 2018, with no further extensions.  Nevertheless, appellant has filed a third motion for an extension of time to file his brief.  The motion is **granted**.

Appellant's brief is due to be filed no later than **Monday, August 27, 2018**.  **No further extensions will be granted.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings_____

　　　　　☑ Acting individually　　☐ Acting for the Court

Date: August 9, 2018